NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVON JARRETT SPEARMAN,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3053

---

Petition for review of the Merit Systems Protection Board in No. DC0752120306-I-1.

---

**ON MOTION**

---

## O R D E R

The Merit Systems Protection Board moves for a 21-day extension of time, until April 22, 2013, to file its principal brief. The petitioner opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

AVON SPEARMAN V. MSPB                                                      2

                                                  FOR THE COURT


                                              /s/ Jan Horbaly
                                             Jan Horbaly
                                             Clerk

s27